# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KEVIN W. BRINZE | : | CHAPTER 13 |
| DONNA L. BRINZE | : | |
| Debtor | : | BANKRUPTCY NO. 22-11210 MDC |

## CERTIFICATE OF SERVICE

    I, Paul Gregory Lang, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Motion to Extend the Automatic Stay, as well as a Notice of Motion, Response Deadline, and Hearing Date, via email, regular mail, and/or ECF notice, to the parties indicated below:

                                               /s/Paul Gregory Lang
                                               PAUL GREGORY LANG, ESQUIRE
                                               Attorney for Debtor

Dated: May 17, 2022

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtor