**Paul Gregory Lang, Esquire**
**Parlow & Lang, PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**
**215-639-4400**
**Email: Paulgregorylang@yahoo.com**

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**IN RE: Kevin Brinze**             : CHAPTER 13
**Donna L. Brinze**                 :
**Debtor s**                        : BANKRUPTCY NO. **22-11210 MDC**
                                    : JUDGE: MDC
_____         :_____

ORDER

AND NOW, this_____25th_____ day of _____May_____ 2022,

Upon consideration of the Motion for an Extension of Time filed by Paul Gregory

Lang, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be

granted an additional ten (10) days or until June 20, 2022 to file the Debtors

Chapter 13 Schedules, Statement of Financial Affairs, Means Test , Chapter 13 plan and

sixty (60) days prior to filing of pay advices.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

**Copies to:**

**Paul Gregory Lang, Esquire**
**Parlow & Lang, PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**

**U.S. Trustee's Office**
**Robert NC Nix Federal Building**
**900 Market Street Suite 1813**

Philadelphia, PA 19107

Kevin and Donna Brinze

205 Hyacinth Court

Quakertown, PA 18951

Kenneth E. West

Chapter 13 Trustee

1234 Market Street-Suite 1813
Philadelphia, PA 19107