United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11210-mdc |
| Kevin W Brinze | Chapter 13 |
| Donna L Brinze | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin W Brinze, Donna L Brinze, 205 Hyacinth Court, Quakertown, PA 18951-2757 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 26 2022 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2022 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL GREGORY LANG | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 3 |

    on behalf of Debtor Kevin W Brinze paulgregorylang@yahoo.com lesliebrown.paralegal@gmail.com

PAUL GREGORY LANG

    on behalf of Joint Debtor Donna L Brinze paulgregorylang@yahoo.com lesliebrown.paralegal@gmail.com

REBECCA ANN SOLARZ

    on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

Paul Gregory Lang, Esquire
Parlow & Lang, PCs
3618 Hulmeville Rd
Bensalem, PA 19020
215-639-4400
Email: Paulgregorylang@yahoo.com

## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin Brinze | : CHAPTER 13 |
| Donna L. Brinze | : |
| Debtor s | : BANKRUPTCY NO. 22-11210 MDC |
| | : JUDGE: MDC |
| | : |

## ORDER

AND NOW, this 25th day of May 2022, Upon consideration of the Motion for an Extension of Time filed by Paul Gregory Lang, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an additional ten (10) days or until June 20, 2022 to file the Debtors Chapter 13 Schedules, Statement of Financial Affairs, Means Test , Chapter 13 plan and sixty (60) days prior to filing of pay advices.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Copies to:

Paul Gregory Lang, Esquire
Parlow & Lang, PCs
3618 Hulmeville Rd
Bensalem, PA 19020

U.S. Trustee's Office
Robert NC Nix Federal Building
900 Market Street Suite 1813

Philadelphia, PA 19107

Kevin and Donna Brinze
205 Hyacinth Court
Quakertown, PA 18951

Kenneth E. West
Chapter 13 Trustee
1234 Market Street-Suite 1813
Philadelphia, PA 19107