# Earnings Statement

**ADP**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| TMG | 100017 | 000261 | | 0000000261 | 030 |

BALL AEROSOL & SPECIALTY CONTAINER INC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 02/07/2022
Period Ending: 02/13/2022
Pay Date: 02/18/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  PA: N/A

KEVIN W BRINZE
205 HYACINTH CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 36.00 | 820.80 | 6,019.20 |
| Overtime | 34.2000 | 8.00 | 273.60 | 2,325.60 |
| Lead Pay 5% | 1.2436 | 44.00 | 54.72 | 433.77 |
| Sh Prm .45 | 0.4500 | 36.00 | 16.20 | 118.80 |
| SH PRM OT45 | 0.6750 | 8.00 | 5.40 | 45.90 |
| DOUBLE TIME | | | | 330.60 |
| Holiday | | | | 390.24 |
| Sh Prm Dt .45 | | | | 6.53 |
| **Gross Pay** | | | **$1,170.72** | 9,670.64 |

| Net Pay | | $674.85 |
|---|---|---|
| Checking 1 | | -674.85 |
| **Net Check** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,016.87

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -54.35 | 555.44 |
| | Social Security Tax | -65.22 | 548.05 |
| | Medicare Tax | -15.25 | 128.17 |
| | PA State Income Tax | -32.30 | 271.37 |
| | Horsham Twp Local Svc Tax | -1.00 | 7.00 |
| | Richland Twp Income Tax | -16.83 | 141.43 |
| | PA SUI Tax | -0.70 | 5.80 |
| | **Other** | | |
| | Dental | -8.05* | 56.35 |
| | Hlth Savings | -40.00* | 280.00 |
| | Med Pretax | -69.30* | 485.10 |
| | UNION ASSES 1.5 | -17.56 | 145.05 |
| | Vision | -1.38* | 9.66 |
| | 401K | -35.12* | 290.12 |
| | 401K Loan | -138.81 | 971.67 |
| | Union Dues | | 46.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 36.94 | 270.88 |
| 401K Match | 17.56 | 145.05 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 44.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

---

BALL AEROSOL & SPECIALTY CONTAINER INC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000070064
Pay date: 02/18/2022

Deposited to the account of
KEVIN W BRINZE

| account number | transit ABA | amount |
|---|---|---|
| xxx5033 | xxxx xxxx | $674.85 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

BALL AEROSOL & SPECIALTY CONTAINER INC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 02/14/2022
Period Ending: 02/20/2022
Pay Date: 02/25/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  PA: N/A

KEVIN W BRINZE
205 HYACINTH CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 40.00 | 912.00 | 6,931.20 |
| Overtime | 34.2000 | 8.00 | 273.60 | 2,599.20 |
| Lead Pay 5% | 1.2350 | 48.00 | 59.28 | 493.05 |
| Sh Prm .45 | 0.4500 | 40.00 | 18.00 | 136.80 |
| SH PRM OT45 | 0.6750 | 8.00 | 5.40 | 51.30 |
| SPIRITAWARD | | | 150.00 | 150.00 |
| DOUBLE TIME | | | | 330.60 |
| Holiday | | | | 390.24 |
| Sh Prm Dt .45 | | | | 6.53 |
| **Gross Pay** | | | **$1,418.28** | 11,088.92 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -83.71 | 639.15 |
| | Social Security Tax | -80.57 | 628.62 |
| | Medicare Tax | -18.85 | 147.02 |
| | PA State Income Tax | -39.90 | 311.27 |
| | Horsham Twp Local Svc Tax | -1.00 | 8.00 |
| | Richland Twp Income Tax | -20.79 | 162.22 |
| | PA SUI Tax | -0.85 | 6.65 |
| | **Other** | | |
| | Dental | -8.05* | 64.40 |
| | Hlth Savings | -40.00* | 320.00 |
| | Med Pretax | -69.30* | 554.40 |
| | UNION ASSES 1.5 | -21.27 | 166.32 |
| | Vision | -1.38* | 11.04 |
| | 401K | -38.05* | 328.17 |
| | 401K Loan | -138.81 | 1,110.48 |

| Other | this period | year to date |
|---|---|---|
| Union Dues | | 46.00 |
| **Net Pay** | **$855.75** | |
| Checking 1 | -855.75 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,261.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 41.04 | 311.92 |
| 401K Match | 19.02 | 164.07 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 48.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

---

BALL AEROSOL & SPECIALTY CONTAINER INC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000080065
Pay date: 02/25/2022

Deposited to the account of
KEVIN W BRINZE

| account number | transit ABA | amount |
|---|---|---|
| xxx5033 | xxxx xxxx | $855.75 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

BALL AEROSOL & SPECIALTY CONTAINER INC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

| | |
|---|---|
| Period Beginning: | 02/21/2022 |
| Period Ending: | 02/27/2022 |
| Pay Date: | 03/04/2022 |

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 3
 PA: N/A

KEVIN W BRINZE
205 HYACINTH CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 36.00 | 820.80 | 7,752.00 |
| Overtime | 34.2000 | 10.00 | 342.00 | 2,941.20 |
| Lead Pay 5% | 1.2639 | 46.00 | 58.14 | 551.19 |
| Sh Prm .45 | 0.4500 | 36.00 | 16.20 | 153.00 |
| SH PRM OT45 | 0.6750 | 10.00 | 6.75 | 58.05 |
| DOUBLE TIME | | | | 330.60 |
| Holiday | | | | 390.24 |
| Sh Prm Dt .45 | | | | 6.53 |
| SPIRITAWARD | | | | 150.00 |
| **Gross Pay** | | | **$1,243.89** | 12,332.81 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -62.87 | 702.02 |
| | Social Security Tax | -69.76 | 698.38 |
| | Medicare Tax | -16.31 | 163.33 |
| | PA State Income Tax | -34.54 | 345.81 |
| | Horsham Twp Local Svc Tax | -1.00 | 9.00 |
| | Richland Twp Income Tax | -18.00 | 180.22 |
| | PA SUI Tax | -0.75 | 7.40 |
| | **Other** | | |
| | Dental | -8.05* | 72.45 |
| | Hlth Savings | -40.00* | 360.00 |
| | Med Pretax | -69.30* | 623.70 |
| | UNION ASSES 1.5 | -18.66 | 184.98 |
| | Vision | -1.38* | 12.42 |
| | 401K | -37.32* | 365.49 |
| | 401K Loan | -138.81 | 1,249.29 |

| Other | this period | year to date |
|---|---|---|
| Union Dues | | 46.00 |
| **Net Pay** | **$727.14** | |
| Checking 1 | -727.14 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,087.84

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 36.94 | 348.86 |
| 401K Match | 18.66 | 182.73 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 46.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

---

BALL AEROSOL & SPECIALTY CONTAINER INC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000090063
Pay date: 03/04/2022

Deposited to the account of
KEVIN W BRINZE

| account number | transit ABA | amount |
|---|---|---|
| xxx5033 | xxxx xxxx | $727.14 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | | |
|---|---|---|---|---|---|---|
| TMG | 100017 | 000261 | | 0000000036 | | |

# Earnings Statement

ADP

BALL AEROSOL & SPECIALTY CONTAINER INC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 02/28/2022
Period Ending: 03/06/2022
Pay Date: 03/11/2022

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 3
 PA: N/A

KEVIN W BRINZE
205 HYACINTH CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 40.00 | 912.00 | 8,664.00 |
| Overtime | 34.2000 | 16.00 | 547.20 | 3,488.40 |
| Lead Pay 5% | 1.3029 | 56.00 | 72.96 | 624.15 |
| Sh Prm .45 | 0.4500 | 40.00 | 18.00 | 171.00 |
| SH PRM OT45 | 0.6750 | 16.00 | 10.80 | 68.85 |
| DOUBLE TIME | | | | 330.60 |
| Holiday | | | | 390.24 |
| Sh Prm Dt .45 | | | | 6.53 |
| SPIRITAWARD | | | | 150.00 |
| **Gross Pay** | | | **$1,560.96** | 13,893.77 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan | -138.81 | 1,388.10 |
| **Net Pay** | **$930.77** | |
| Checking 1 | -930.77 | |
| **Net Check** | **$0.00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -99.78 | 801.80 |
| | Social Security Tax | -89.42 | 787.80 |
| | Medicare Tax | -20.91 | 184.24 |
| | PA State Income Tax | -44.28 | 390.09 |
| | Horsham Twp Local Svc Tax | -1.00 | 10.00 |
| | Richland Twp Income Tax | -23.08 | 203.30 |
| | PA SUI Tax | -0.94 | 8.34 |
| **Other** | | | |
| | Dental | -8.05* | 80.50 |
| | Hlth Savings | -40.00* | 400.00 |
| | Med Pretax | -69.30* | 693.00 |
| | Union Dues | -23.00 | 69.00 |
| | UNION ASSES 1.5 | -23.41 | 208.39 |
| | Vision | -1.38* | 13.80 |
| | 401K | -46.83* | 412.32 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,395.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 41.04 | 389.90 |
| 401K Match | 23.42 | 206.15 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 56.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

BALL AEROSOL & SPECIALTY CONTAINER INC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000100062
Pay date: 03/11/2022

Deposited to the account of
KEVIN W BRINZE

| account number | transit ABA | amount |
|---|---|---|
| xxx5033 | xxxx xxxx | $930.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

BALL AEROSOL & SPECIALTY CONTAINER INC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 03/07/2022
Period Ending: 03/13/2022
Pay Date: 03/18/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  PA: N/A

KEVIN W BRINZE
205 HYACINTH CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 36.00 | 820.80 | 9,484.80 |
| Lead Pay 5% | 1.1400 | 36.00 | 41.04 | 665.19 |
| Sh Prm .45 | 0.4500 | 36.00 | 16.20 | 187.20 |
| Overtime | | | | 3,488.40 |
| DOUBLE TIME | | | | 330.60 |
| Holiday | | | | 390.24 |
| Sh Prm Dt .45 | | | | 6.53 |
| SH PRM OT45 | | | | 68.85 |
| SPIRITAWARD | | | | 150.00 |
| **Gross Pay** | | | **$878.04** | 14,771.81 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.49 | 825.29 |
| | Social Security Tax | -47.08 | 834.88 |
| | Medicare Tax | -11.01 | 195.25 |
| | PA State Income Tax | -23.31 | 413.40 |
| | Horsham Twp Local Svc Tax | -1.00 | 11.00 |
| | Richland Twp Income Tax | -12.15 | 215.45 |
| | PA SUI Tax | -0.52 | 8.86 |
| **Other** | | | |
| | Dental | -8.05* | 88.55 |
| | Hlth Savings | -40.00* | 440.00 |
| | Med Pretax | -69.30* | 762.30 |
| | UNION ASSES 1.5 | -13.17 | 221.56 |
| | Vision | -1.38* | 15.18 |
| | 401K | -26.34* | 438.66 |
| | 401K Loan | -138.81 | 1,526.91 |

| Other | this period | year to date |
|---|---|---|
| Union Dues | | 69.00 |
| **Net Pay** | **$462.43** | |
| Checking 1 | -462.43 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $732.97

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 36.94 | 426.84 |
| 401K Match | 13.17 | 219.32 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 36.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

---

BALL AEROSOL & SPECIALTY CONTAINER INC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000110060
Pay date: 03/18/2022

Deposited to the account of
KEVIN W BRINZE

| account number | transit ABA | amount |
|---|---|---|
| xxx5033 | XXXX XXXX | $462.43 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| TMG | 100017 | 000261 | | 0000120063 | |

BALL AEROSOL & SPECIALTY CONTAINER INC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 03/14/2022
Period Ending: 03/20/2022
Pay Date: 03/25/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  PA: N/A

KEVIN W BRINZE
205 HYACINTH CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 40.00 | 912.00 | 10,396.80 |
| Overtime | 34.2000 | 20.00 | 684.00 | 4,172.40 |
| DOUBLE TIME | 22.8000 | 4.00 | 182.40 | 513.00 |
| Lead Pay 5% | 1.3894 | 64.00 | 88.92 | 754.11 |
| Sh Prm .45 | 0.4500 | 40.00 | 18.00 | 205.20 |
| Sh Prm Dt .45 | 0.9000 | 4.00 | 3.60 | 10.13 |
| SH PRM OT45 | 0.6750 | 20.00 | 13.50 | 82.35 |
| SPIRITAWARD | | | 100.00 | 250.00 |
| Holiday | | | | 390.24 |
| **Gross Pay** | | | **$2,002.42** | 16,774.23 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -151.52 | | 976.81 |
| Social Security Tax | -116.79 | | 951.67 |
| Medicare Tax | -27.32 | | 222.57 |
| PA State Income Tax | -57.83 | | 471.23 |
| Horsham Twp Local Svc Tax | -1.00 | | 12.00 |
| Richland Twp Income Tax | -30.14 | | 245.59 |
| PA SUI Tax | -1.20 | | 10.06 |
| **Other** | | | |
| Dental | -8.05* | | 96.60 |
| Hlth Savings | -40.00* | | 480.00 |
| Med Pretax | -69.30* | | 831.60 |
| UNION ASSES 1.5 | -30.04 | | 251.60 |
| Vision | -1.38* | | 16.56 |
| 401K | -57.07* | | 495.73 |
| 401K Loan | -138.81 | | 1,665.72 |

| Other | this period | year to date |
|---|---|---|
| Union Dues | | 69.00 |
| **Net Pay** | **$1,271.97** | |
| Checking 1 | -1,271.97 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,826.62

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 41.04 | 467.88 |
| 401K Match | 28.54 | 247.86 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 64.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

---

BALL AEROSOL & SPECIALTY CONTAINER INC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000120063
Pay date: 03/25/2022

Deposited to the account of
KEVIN W BRINZE

| account number | transit ABA | amount |
|---|---|---|
| xxx5033 | xxxx xxxx | $1,271.97 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | | Earnings Statement |
|---|---|---|---|---|---|---|
| TMG | 100017 | 000261 | | 000D0661 | | |

**Earnings Statement** — ADP

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 03/21/2022
Period Ending: 03/27/2022
Pay Date: 04/01/2022

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 3
　PA: N/A

KEVIN W BRINZE
205 HYACINTH CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 36.00 | 820.80 | 11,217.60 |
| Overtime | 34.2000 | 8.00 | 273.60 | 4,446.00 |
| Lead Pay 5% | 1.2436 | 44.00 | 54.72 | 808.83 |
| Sh Prm .45 | 0.4500 | 36.00 | 16.20 | 221.40 |
| SH PRM OT45 | 0.6750 | 8.00 | 5.40 | 87.75 |
| DOUBLE TIME | | | | 513.00 |
| Holiday | | | | 390.24 |
| Sh Prm Dt .45 | | | | 10.13 |
| SPIRITAWARD | | | | 250.00 |
| **Gross Pay** | | | **$1,170.72** | 17,944.95 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -54.35 | 1,031.16 |
| Social Security Tax | | -65.22 | 1,016.89 |
| Medicare Tax | | -15.25 | 237.82 |
| PA State Income Tax | | -32.30 | 503.53 |
| Horsham Twp Local Svc Tax | | -1.00 | 13.00 |
| Richland Twp Income Tax | | -16.83 | 262.42 |
| PA SUI Tax | | -0.71 | 10.77 |
| **Other** | | | |
| Dental | | -8.05* | 104.65 |
| Hlth Savings | | -40.00* | 520.00 |
| Med Pretax | | -69.30* | 900.90 |
| UNION ASSES 1.5 | | -17.56 | 269.16 |
| Vision | | -1.38* | 17.94 |
| 401K | | -35.12* | 530.85 |
| 401K Loan | | -138.81 | 1,804.53 |

| Other | this period | year to date |
|---|---|---|
| Union Dues | | 69.00 |
| **Net Pay** | **$674.84** | |
| Checking 1 | -674.84 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,016.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 36.94 | 504.82 |
| 401K Match | 17.56 | 265.42 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 44.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

---

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000130061
Pay date: 04/01/2022

Deposited to the account of
KEVIN W BRINZE

| account number | transit ABA | amount |
|---|---|---|
| xxx5033 | xxxx xxxx | $674.84 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| TMG | 100017 | 000261 | | 0000000058 | |

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 03/28/2022
Period Ending: 04/03/2022
Pay Date: 04/08/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  PA: N/A

KEVIN W BRINZE
205 HYACINTH CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 40.00 | 912.00 | 12,129.60 |
| Overtime | 34.2000 | 16.00 | 547.20 | 4,993.20 |
| Lead Pay 5% | 1.3029 | 56.00 | 72.96 | 881.79 |
| Sh Prm .45 | 0.4500 | 40.00 | 18.00 | 239.40 |
| SH PRM OT45 | 0.6750 | 16.00 | 10.80 | 98.55 |
| DOUBLE TIME | | | | 513.00 |
| Holiday | | | | 390.24 |
| Sh Prm Dt .45 | | | | 10.13 |
| SPIRITAWARD | | | | 250.00 |
| **Gross Pay** | | | **$1,560.96** | 19,505.91 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -99.78 | 1,130.94 |
| | Social Security Tax | -89.42 | 1,106.31 |
| | Medicare Tax | -20.91 | 258.73 |
| | PA State Income Tax | -44.28 | 547.81 |
| | Horsham Twp Local Svc Tax | -1.00 | 14.00 |
| | Richland Twp Income Tax | -23.08 | 285.50 |
| | PA SUI Tax | -0.93 | 11.70 |
| | **Other** | | |
| | Dental | -8.05* | 112.70 |
| | Hlth Savings | -40.00* | 560.00 |
| | Med Pretax | -69.30* | 970.20 |
| | Union Dues | -23.00 | 92.00 |
| | UNION ASSES 1.5 | -23.41 | 292.57 |
| | Vision | -1.38* | 19.32 |
| | 401K | -46.83* | 577.68 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan | -138.81 | 1,943.34 |
| **Net Pay** | **$930.78** | |
| Checking 1 | -930.78 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,395.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 41.04 | 545.86 |
| 401K Match | 23.42 | 288.84 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 56.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

---

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000140060
Pay date: 04/08/2022

Deposited to the account of
KEVIN W BRINZE

| account number | transit ABA | amount |
|---|---|---|
| xxx5033 | xxxx xxxx | $930.78 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Lowe's Home Centers, LLC**
1000 Lowe's Boulevard
Mooresville, NC 28117-8520
1-844-475-6937

Pay Group: USHI
Pay Begin Date: 02/19/2022
Pay End Date: 03/04/2022

Check #:
Check Date: 03/11/2022

**Donna Brinze**
205 Hyacinth Ct
Quakertown, PA 18951

Employee ID: 004247839
Location: 1667-Quakertown, PA
Job Title: Customer Service Associate
Pay Rate: $15.96 Hourly

TAX DATA:
To view your tax withholdings,
go to Workday -> Pay -> View Tax Elections

### HOURS AND EARNINGS

| Description | Pay Period Begin Date | Pay Period End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 02/19/2022 | 03/04/2022 | 15.96 | 26.47 | 422.47 | 39.82 | 635.54 |
| NewHirePW | | | | 0 | | 1 | 16.00 |
| **TOTAL:** | | | | 26.47 | 422.47 | 39.82 | 651.54 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 26.20 | 40.40 |
| Medicare | 6.13 | 9.45 |
| State Tax - PA | 12.97 | 20.00 |
| SUI-Employee Paid - PA | 0.25 | 0.39 |
| City- - RCHLD | 4.22 | 6.51 |
| LST- - RCHLD | 2.00 | 4.00 |
| **TOTAL:** | 51.77 | 80.75 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 422.47 | 422.47 | 51.77 | 0.00 | 370.70 |
| YTD | 651.54 | 651.54 | 80.75 | 0.00 | 570.79 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******5033 | 370.7 |
| **TOTAL:** | | | 370.7 |

MESSAGE: #1 *Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3

| Lowe's Home Centers, LLC<br>1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>1-844-475-6937 | Pay Group: USHI<br>Pay Begin Date: 03/05/2022<br>Pay End Date: 03/18/2022 | | | Check #:<br>Deposit Date: 03/25/2022 | |
|---|---|---|---|---|---|

| Donna Brinze<br>205 Hyacinth Ct<br>Quakertown, PA 18951 | Employee ID: 004247839<br>Location: 1667-Quakertown, PA<br>Job Title: Customer Service Associate<br>Pay Rate: $15.96 Hourly | TAX DATA:<br>To view your tax withholdings,<br>go to Workday -> Pay -> View Tax Elections |
|---|---|---|

### HOURS AND EARNINGS / TAXES

| Description | Pay Period Begin Date | Pay Period End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 03/05/2022 | 03/18/2022 | 15.96 | 31.55 | 503.55 | 71.37 | 1,139.09 | OASDI | 31.22 | 71.62 |
| NewHirePW | | | 0 | | | 1 | 16.00 | Medicare | 7.30 | 16.75 |
| | | | | | | | | Federal Withholding | 0.55 | 0.55 |
| | | | | | | | | State Tax - PA | 15.46 | 35.46 |
| | | | | | | | | SUI-Employee Paid - PA | 0.30 | 0.69 |
| | | | | | | | | City- - RCHLD | 5.04 | 11.55 |
| | | | | | | | | LST- - RCHLD | 2.00 | 6.00 |
| TOTAL: | | | | 31.55 | 503.55 | 71.37 | 1,155.09 | TOTAL: | 61.87 | 142.62 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 503.55 | 503.55 | 61.87 | 0.00 | 441.68 |
| YTD | 1,155.09 | 1,155.09 | 142.62 | 0.00 | 1,012.47 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******5033 | 441.68 |
| TOTAL: | | | 441.68 |

MESSAGE: #1 *Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3

Lowe's Home Centers, LLC
1000 Lowe's Boulevard
Mooresville, NC 28117-8520
1-844-475-6937

Pay Group: USHI
Pay Begin Date: 03/19/2022
Pay End Date: 04/01/2022

Check #:
Check Date: 04/08/2022

Donna Brinze
205 Hyacinth Ct
Quakertown, PA 18951

Employee ID: 004247839
Location: 1667-Quakertown, PA
Job Title: Customer Service Associate
Pay Rate: $16.06 Hourly

TAX DATA:
To view your tax withholdings,
go to Workday -> Pay -> View Tax Elections

## HOURS AND EARNINGS

| Description | Pay Period Begin Date | Pay Period End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 03/19/2022 | 04/01/2022 | 16.06 | 38.96 | 625.71 | 110.33 | 1,764.80 |
| NewHirePW | | | | 0 | | 1 | 16.00 |
| TOTAL: | | | | 38.96 | 625.71 | 110.33 | 1,780.80 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 38.79 | 110.41 |
| Medicare | 9.07 | 25.82 |
| Federal Withholding | 12.76 | 13.31 |
| State Tax - PA | 19.21 | 54.67 |
| SUI-Employee Paid - PA | 0.38 | 1.07 |
| City- - RCHLD | 6.26 | 17.81 |
| LST- - RCHLD | 2.00 | 8.00 |
| TOTAL: | 88.47 | 231.09 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 625.71 | 625.71 | 88.47 | 0.00 | 537.24 |
| YTD | 1,780.80 | 1,780.80 | 231.09 | 0.00 | 1,549.71 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******5033 | 537.24 |
| TOTAL: | | | 537.24 |

MESSAGE: #1 *Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3