| Lowe's Home Centers, LLC<br>1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>1-844-475-6937 | Pay Group: USHI<br>Pay Begin Date: 04/16/2022<br>Pay End Date: 04/29/2022 | Check# <br>Check Date: 05/06/2022 |
|---|---|---|
| **Donna Brinze**<br>205 Hyacinth Ct<br>Quakertown, PA 18951 | Employee ID: 004247839<br>Location: 1667-Quakertown, PA<br>Job Title: Customer Service Associate<br>Pay Rate: $16.06 Hourly | **TAX DATA:**<br>To view your tax withholdings,<br>go to Workday -> Pay -> View Tax Elections |

### HOURS AND EARNINGS

| | ------- Pay Period ------- | | --------------- Current --------------- | | | ----------- YTD ----------- | |
|---|---|---|---|---|---|---|---|
| **Description** | **Begin Date** | **End Date** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular | 04/16/2022 | 04/29/2022 | 16.06 | 42.92 | 689.31 | 189.17 | 3,031.00 |
| Vacation | 04/16/2022 | 04/22/2022 | 16.06 | 4 | 64.24 | 8 | 128.48 |
| NewHirePW | | | | 0 | | 1 | 16.00 |
| **TOTAL:** | | | | 42.92 | 753.55 | 189.17 | 3,175.48 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 46.72 | 196.88 |
| Medicare | 10.92 | 46.04 |
| Federal Withholding | 25.55 | 53.17 |
| State Tax - PA | 23.13 | 97.48 |
| SUI-Employee Paid - PA | 0.46 | 1.91 |
| City- - RCHLD | 7.54 | 31.76 |
| LST- - RCHLD | 2.00 | 12.00 |
| **TOTAL:** | 116.32 | 439.24 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 753.55 | 753.55 | 116.32 | 0.00 | 637.23 |
| YTD | 3,175.48 | 3,175.48 | 439.24 | 0.00 | 2,736.24 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******5033 | 637.23 |
| **TOTAL:** | | | 637.23 |

**MESSAGE:** #1 *Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3

# Earnings Statement

**ADP®**

SONOCO METAL PACKAGING,LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 04/25/2022
Period Ending: 05/01/2022
Pay Date: 05/06/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  PA: N/A

KEVIN W BRINZE
205 HYACINTH CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 40.00 | 912.00 | 15,321.60 |
| Overtime | 34.2000 | 8.00 | 273.60 | 6,087.60 |
| Lead Pay 5% | 1.2350 | 48.00 | 59.28 | 1,096.11 |
| Sh Prm .45 | 0.4500 | 40.00 | 18.00 | 302.40 |
| SH PRM OT45 | 0.6750 | 8.00 | 5.40 | 120.15 |
| DOUBLE TIME | | | | 513.00 |
| Holiday | | | | 682.92 |
| Sh Prm Dt .45 | | | | 10.13 |
| SPIRITAWARD | | | | 300.00 |
| **Gross Pay** | | | **$1,268.28** | 24,433.91 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -65.71 | 1,379.27 |
| | Social Security Tax | -71.27 | 1,382.40 |
| | Medicare Tax | -16.67 | 323.30 |
| | PA State Income Tax | -35.29 | 684.53 |
| | Horsham Twp Local Svc Tax | -1.00 | 18.00 |
| | Richland Twp Income Tax | -18.39 | 356.75 |
| | PA SUI Tax | -0.76 | 14.66 |
| | **Other** | | |
| | Dental | -8.05* | 144.90 |
| | Hlth Savings | -40.00* | 720.00 |
| | Med Pretax | -69.30* | 1,247.40 |
| | UNION ASSES 1.5 | -19.02 | 366.48 |
| | Vision | -1.38* | 24.84 |
| | 401K | -38.05* | 724.02 |
| | 401K Loan | -138.81 | 2,498.58 |

| Other | this period | year to date |
|---|---|---|
| Union Dues | | 92.00 |
| **Net Pay** | **$744.58** | |
| Checking 1 | -744.58 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,111.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 41.04 | 689.51 |
| 401K Match | 19.02 | 362.01 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 48.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

SONOCO METAL PACKAGING,LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000180058
Pay date: 05/06/2022

Deposited to the account of
KEVIN W BRINZE

| account number | transit ABA | amount |
|---|---|---|
| xxx5033 | xxxx xxxx | $744.58 |



**NON-NEGOTIABLE**

| Lowe's Home Centers, LLC<br>1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>1-844-475-6937 | Pay Group: USHI<br>Pay Begin Date: 04/02/2022<br>Pay End Date: 04/15/2022 | Check #<br>Check Date: 04/22/2022 |
|---|---|---|
| **Donna Brinze**<br>205 Hyacinth Ct<br>Quakertown, PA 18951 | Employee ID: 004247839<br>Location: 1667-Quakertown, PA<br>Job Title: Customer Service Associate<br>Pay Rate: $16.06 Hourly | **TAX DATA:**<br>To view your tax withholdings,<br>go to Workday -> Pay -> View Tax Elections |

### HOURS AND EARNINGS

| Description | Pay Period Begin Date | Pay Period End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 04/02/2022 | 04/15/2022 | 16.06 | 35.92 | 576.89 | 146.25 | 2,341.69 |
| Vacation | 04/02/2022 | 04/08/2022 | 16.06 | 4 | 64.24 | 4 | 64.24 |
| NewHirePW | | | 0 | | | 1 | 16.00 |
| **TOTAL:** | | | | 35.92 | 641.13 | 146.25 | 2,421.93 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 39.75 | 150.16 |
| Medicare | 9.30 | 35.12 |
| Federal Withholding | 14.31 | 27.62 |
| State Tax - PA | 19.68 | 74.35 |
| SUI-Employee Paid - PA | 0.38 | 1.45 |
| City- - RCHLD | 6.41 | 24.22 |
| LST- - RCHLD | 2.00 | 10.00 |
| **TOTAL:** | 91.83 | 322.92 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 641.13 | 641.13 | 91.83 | 0.00 | 549.30 |
| YTD | 2,421.93 | 2,421.93 | 322.92 | 0.00 | 2,099.01 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******5033 | 549.3 |
| **TOTAL:** | | | 549.3 |

**MESSAGE:** #1 *Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3

# Earnings Statement

**ADP**

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 04/04/2022
Period Ending: 04/10/2022
Pay Date: 04/15/2022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  PA: N/A

KEVIN W BRINZE
205 HYACINTH CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 36.00 | 820.80 | 12,950.40 |
| Overtime | 34.2000 | 8.00 | 273.60 | 5,266.80 |
| Lead Pay 5% | 1.2436 | 44.00 | 54.72 | 936.51 |
| Sh Prm .45 | 0.4500 | 36.00 | 16.20 | 255.60 |
| SH PRM OT45 | 0.6750 | 8.00 | 5.40 | 103.95 |
| DOUBLE TIME | | | | 513.00 |
| Holiday | | | | 390.24 |
| Sh Prm Dt .45 | | | | 10.13 |
| SPIRITAWARD | | | | 250.00 |
| **Gross Pay** | | | **$1,170.72** | 20,676.63 |

| Other | this period | year to date |
|---|---|---|
| Union Dues | | 92.00 |
| **Net Pay** | **$674.83** | |
| Checking 1 | -674.83 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,016.87

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -54.35 | 1,185.29 | |
| Social Security Tax | -65.22 | 1,171.53 | |
| Medicare Tax | -15.26 | 273.99 | |
| PA State Income Tax | -32.30 | 580.11 | |
| Horsham Twp Local Svc Tax | -1.00 | 15.00 | |
| Richland Twp Income Tax | -16.83 | 302.33 | |
| PA SUI Tax | -0.71 | 12.41 | |
| **Other** | | | |
| Dental | -8.05* | 120.75 | |
| Hlth Savings | -40.00* | 600.00 | |
| Med Pretax | -69.30* | 1,039.50 | |
| UNION ASSES 1.5 | -17.56 | 310.13 | |
| Vision | -1.38* | 20.70 | |
| 401K | -35.12* | 612.80 | |
| 401K Loan | -138.81 | 2,082.15 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 36.94 | 582.80 |
| 401K Match | 17.56 | 306.40 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 44.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

---

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000150061
Pay date: 04/15/2022



**Deposited to the account of**
KEVIN W BRINZE

| account number | transit ABA | amount |
|---|---|---|
| xxx5033 | xxxx xxxx | $674.83 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Period Beginning: 04/11/2022
Period Ending: 04/17/2022
Pay Date: 04/22/2022

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 3
 PA: N/A

KEVIN W BRINZE
205 HYACINTH CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 28.00 | 638.40 | 13,588.80 |
| Overtime | 34.2000 | 16.00 | 547.20 | 5,814.00 |
| Holiday | 22.8000 | 12.00 | 292.68 | 682.92 |
| Lead Pay 5% | 1.3473 | 44.00 | 59.28 | 995.79 |
| Sh Prm .45 | 0.4500 | 28.00 | 12.60 | 268.20 |
| SH PRM OT45 | 0.6750 | 16.00 | 10.80 | 114.75 |
| DOUBLE TIME | | | | 513.00 |
| Sh Prm Dt .45 | | | | 10.13 |
| SPIRITAWARD | | | | 250.00 |
| **Gross Pay** | | | **$1,560.96** | 22,237.59 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -99.78 | 1,285.07 |
| | Social Security Tax | -89.42 | 1,260.95 |
| | Medicare Tax | -20.91 | 294.90 |
| | PA State Income Tax | -44.28 | 624.39 |
| | Horsham Twp Local Svc Tax | -1.00 | 16.00 |
| | Richland Twp Income Tax | -23.08 | 325.41 |
| | PA SUI Tax | -0.93 | 13.34 |
| | **Other** | | |
| | Dental | -8.05* | 128.80 |
| | Hlth Savings | -40.00* | 640.00 |
| | Med Pretax | -69.30* | 1,108.80 |
| | UNION ASSES 1.5 | -23.41 | 333.54 |
| | Vision | -1.38* | 22.08 |
| | 401K | -46.83* | 659.63 |
| | 401K Loan | -138.81 | 2,220.96 |

| Other | this period | year to date |
|---|---|---|
| Union Dues | | 92.00 |
| **Net Pay** | **$953.78** | |
| Checking 1 | -953.78 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,395.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spec Er Contrib | 28.73 | 611.53 |
| 401K Match | 23.42 | 329.82 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 44.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

SONOCO METAL PACKAGING, LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

Advice number: 00000160064
Pay date: 04/22/2022

THIS IS NOT A CHECK

**Deposited to the account of**
KEVIN W BRINZE

| account number | transit ABA | amount |
|---|---|---|
| xxx5033 | xxxx xxxx | $953.78 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

SONOCO METAL PACKAGING,LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

| | |
|---|---|
| Period Beginning: | 04/18/2022 |
| Period Ending: | 04/24/2022 |
| Pay Date: | 04/29/2022 |

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:    3
   PA:         N/A

KEVIN W BRINZE
205 HYACINTH CT
QUAKERTOWN PA 18951

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 36.00 | 820.80 | 14,409.60 |
| Lead Pay 5% | 1.1400 | 36.00 | 41.04 | 1,036.83 |
| Sh Prm .45 | 0.4500 | 36.00 | 16.20 | 284.40 |
| SPIRITAWARD | | | 50.00 | 300.00 |
| Overtime | | | | 5,814.00 |
| DOUBLE TIME | | | | 513.00 |
| Holiday | | | | 682.92 |
| Sh Prm Dt .45 | | | | 10.13 |
| SH PRM OT45 | | | | 114.75 |
| **Gross Pay** | | | **$928.04** | 23,165.63 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -28.49 | 1,313.56 |
| Social Security Tax | -50.18 | 1,311.13 |
| Medicare Tax | -11.73 | 306.63 |
| PA State Income Tax | -24.85 | 649.24 |
| Horsham Twp Local Svc Tax | -1.00 | 17.00 |
| Richland Twp Income Tax | -12.95 | 338.36 |
| PA SUI Tax | -0.56 | 13.90 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental | -8.05* | 136.85 |
| Hlth Savings | -40.00* | 680.00 |
| Med Pretax | -69.30* | 1,178.10 |
| UNION ASSES 1.5 | -13.92 | 347.46 |
| Vision | -1.38* | 23.46 |
| 401K | -26.34* | 685.97 |
| 401K Loan | -138.81 | 2,359.77 |

## Other

| | this period | year to date |
|---|---|---|
| Union Dues | | 92.00 |
| **Net Pay** | **$500.48** | |
| Checking 1 | -500.48 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $782.97

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Spec Er Contrib | 36.94 | 648.47 |
| 401K Match | 13.17 | 342.99 |
| Er Hsa | | 300.00 |
| Totl Hrs Worked | 36.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 2000 ADP, LLC

---

SONOCO METAL PACKAGING,LLC
8001 ARISTA PLACE STE 200
BROOMFIELD, CO 80021
720-899-4933

**Advice number:** 00000170062
**Pay date:** 04/29/2022

**Deposited to the account of**
KEVIN W BRINZE

| account number | transit ABA | amount |
|---|---|---|
| xxx5033 | xxxx xxxx | $500.48 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**