**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  KEVIN W. BRINZE | : | CHAPTER 13 |
| DONNA L BRINZE | : | |
| Debtor | : | BANKRUPTCY NO. 22-11210 |

## ORDER

**AND NOW**, this 21st day of June 2022, upon Motion of the Debtor, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE