**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                           Chapter 13

                           Bankruptcy No. 22-11210-MDC

KEVIN W BRINZE
DONNA L BRINZE
205 Hyacinth Court

Quakertown, PA 18951

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KEVIN W BRINZE
    DONNA L BRINZE
    205 Hyacinth Court

    Quakertown, PA 18951

Counsel for debtor(s), by electronic notice only.

    PAUL GREGORY LANG
    GALLANT AND PARLOW , PC
    3618 HULMEVILLE RD
    BENSALEM, PA 19020-

                                        /S/ Kenneth E. West
Date: 8/9/2022                          _____
                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee