# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                        Chapter 13

KEVIN W BRINZE                             Bankruptcy No. 22-11210-MDC
DONNA L BRINZE
205 HYACINTH COURT

QUAKERTOWN, PA 18951

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KEVIN W BRINZE
    DONNA L BRINZE
    205 HYACINTH COURT

    QUAKERTOWN, PA 18951

**Counsel for debtor(s), by electronic notice only.**
    PAUL GREGORY LANG
    GALLANT AND PARLOW , PC
    3618 HULMEVILLE RD
    BENSALEM, PA 19020-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 10/19/2022                                                                                          /s/ Kenneth E. West

                                                                                 _____
                                                                                 Kenneth E. West, Esquire
                                                                                 Chapter 13 Standing Trustee