## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                              :
                                                                   :
**Kevin W. Brinze**                                  :            **Chapter: 13**
**Donna L. Brinze**                                 :            Case No. **22-11210**
_____
Debtor(s)

## CERTIFICATE OF SERVICE

    I, Paul Gregory Lang, Esquire hereby certify that I am the Attorney for Debtors in the above-captioned matter and that on November 28, 2022 I sent copies of the Third Amended plan Amended "J: and pursuant to Local Rule 1009.1 to the parties indicated below:

                                                      **/s/ Paul Gregory Lang, Esq**
                                                      **Paul Gregory Lang, Esquire**
                                                      Counsel for Debtor(s)

Dated: November 28, 2022

US Trustees Offices

Trustee

The Debtors

All creditors on the attached mailing matrix