L.B.F. 3015-6A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:** Kevin and Donna Brinze : **Chapter** 13
:
**Debtor(s)** : **Bky. No.** 22-11210

### PRE-CONFIRMATION CERTIFICATION
### OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
### WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date:** 11/30/2022        /s/ Paul Gregory Lang
                            [name]
                            Attorney for Debtor(s)

**Date:** 11/30/2022        /s/ Kevin W. Brinze
                            [name]
                            Debtor

**Date:** 11/30/2022        /s/ Donna L. Brinze
                            [name]
                            Debtor

-19-