# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Donna L. Brinze<br>        Kevin W. Brinze<br>                    Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2, its successors and/or assigns<br>                    Movant<br>        vs. | NO. 22-11210 MDC |
| Donna L. Brinze<br>Kevin W. Brinze<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2, which was filed with the Court on or about **July 18, 2022** at **Docket # 32**.

Respectfully submitted,

/s/ Denise E. Carlon, Esq.
_____
Denise E. Carlon, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: 11/30/2022