United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11210-mdc

Kevin W Brinze  Chapter 13

Donna L Brinze

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Dec 02, 2022  Form ID: 155  Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin W Brinze, Donna L Brinze, 205 Hyacinth Court, Quakertown, PA 18951-2757 |
| 14689918 | + | Carrington Bank, C/O Mike McKeever, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 14689919 | + | Childrens Hospital of Philadelphia, PO Box 788017, Philadelphia, PA 19178-8017 |
| 14690967 | + | Deutsche Bank National Trust Company, c/o Rebecca Solarz, Esqquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14689922 | + | Lansdale Pediatric & Adolescent, PO Box 827291, Philadelphia, PA 19182-7291 |
| 14689923 | + | Mill Pond Veterinary Clinic, 2255 Mill Pond Rd, Quakertown, PA 18951-3939 |
| 14689924 | + | Pennsylvania Turnpike Commission, 8000 C Derry Street, Harrisburg, PA 17111-5200 |
| 14689925 | + | Temple Fox Chase Cancer Center, PO Box 827200, Philadelphia, PA 19182-7200 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14690742 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2022 00:02:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14705496 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 03 2022 00:01:00 | Deutsche Bank National Trust Company at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14689920 | ^ | MEBN | Dec 02 2022 23:55:50 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 14689921 | | Email/Text: govtaudits@labcorp.com | Dec 03 2022 00:01:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 02, 2022 | Form ID: 155 | Total Noticed: 12

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2022         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL GREGORY LANG | on behalf of Debtor Kevin W Brinze paulgregorylang@yahoo.com lesliebrown.paralegal@gmail.com |
| PAUL GREGORY LANG | on behalf of Joint Debtor Donna L Brinze paulgregorylang@yahoo.com lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kevin W Brinze and Donna L Brinze
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−11210−mdc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this December 1, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

70 − 27
Form 155