United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-11210-mdc
Kevin W Brinze  Chapter 13
Donna L Brinze
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Feb 09, 2024     Form ID: pdf900     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin W Brinze, Donna L Brinze, 205 Hyacinth Court, Quakertown, PA 18951-2757 |
| 14689918 | + | Carrington Bank, C/O Mike McKeever, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 14689919 | + | Childrens Hospital of Philadelphia, PO Box 788017, Philadelphia, PA 19178-8017 |
| 14690967 | + | Deutsche Bank National Trust Company, c/o Rebecca Solarz, Esqquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14689922 | + | Lansdale Pediatric & Adolescent, PO Box 827291, Philadelphia, PA 19182-7291 |
| 14689923 | + | Mill Pond Veterinary Clinic, 2255 Mill Pond Rd, Quakertown, PA 18951-3939 |
| 14689925 | + | Temple Fox Chase Cancer Center, PO Box 827200, Philadelphia, PA 19182-7200 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 10 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14690742 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2024 00:24:39 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14705496 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 10 2024 00:19:00 | Deutsche Bank National Trust Company at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14689920 | ^ | MEBN | Feb 10 2024 00:16:03 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 14689921 | | Email/Text: govtaudits@labcorp.com | Feb 10 2024 00:19:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14689924 | ##+ | Pennsylvania Turnpike Commission, 8000 C Derry Street, Harrisburg, PA 17111-5200 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 bkgroup@kmllawgroup.com |
| PAUL GREGORY LANG | on behalf of Debtor Kevin W Brinze paulgregorylang@yahoo.com lesliebrown.paralegal@gmail.com |
| PAUL GREGORY LANG | on behalf of Joint Debtor Donna L Brinze paulgregorylang@yahoo.com lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KEVIN W BRINZE<br>    DONNA L BRINZE<br><br>               Debtors | Chapter 13<br><br>Bankruptcy No. 22-11210-MDC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

DATE: February 8, 2024

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge