**Fill in this information to identify the case:**

Debtor 1    Donna L. Brinze

Debtor 2    Kevin W. Brinze
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   22-11210 MDC

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2

**Court claim no**. (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 8313

**Does this notice supplement a prior notice of postpetition fees, Expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees (Plan Review) | 06/21/2022 | (3) | $ 400.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 07/13/2022 | (5) | $ 550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Exterior Comparative Market Analysis | 06/25/2022 | (11) | $ 95.00 |
| 12. Other. Specify: Objection to Confirmation | 07/18/2022 | (12) | $ 550.00 |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Donna L. Brinze, and Kevin W. Brinze | Case number *(if known)* 22-11210 MDC |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Denise Carlon
Signature

Date September 28, 2022

Print: Denise Carlon
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: KML Law Group, P.C.

Address: 701  Market Street, Suite 5000
Number  Street

Philadelphia,  PA  19106
City  State  ZIP Code

Contact phone (215) 627–1322     Email dcarlon@kmllawgroup.com