# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donna L. Brinze<br>Kevin W. Brinze<br>                         **Debtor(s)** | BK NO. 22-11210 MDC<br><br>Chapter 13 |
| **Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2**<br>                         **Movant**<br>vs.<br>**Donna L. Brinze**<br>**Kevin W. Brinze**<br>                         **Debtor(s)**<br><br>**Kenneth E. West**,<br>                         **Trustee** | Related to Claim No. 4 |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 30, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Donna L. Brinze
205 Hyacinth Court
Quakertown, PA 18951

Kevin W. Brinze
205 Hyacinth Court
Quakertown, PA 18951

Attorney for Debtor(s)
PAUL GREGORY LANG, Gallant and Parlow, PC
3618 Hulmeville Road
Bensalem, PA 19020

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: September 30, 2022

                                            **/s/Denise Carlon Esquire**
                                            Denise Carlon Esquire
                                            Attorney I.D. 317226
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            201-549-2363
                                            dcarlon@kmllawgroup.com